JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

DENNIS PETILLO JR.,      )   NO. CV 16-9551-JFW (AS)
           )
        Petitioner,  )
           )
      v.       )     **JUDGMENT**
           )
PATRICE SILVERMAN,    )
           )
        Respondent.  )
           )
           )

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

    DATED:  May 31, 2017.


_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE